FILED
CLERK, U.S. DISTRICT COURT
08/19/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

September 2019 Grand Jury

| UNITED STATES OF AMERICA, | ED CR No. 5:20-cr-00151-RGK |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. § 846: Conspiracy to Possess with Intent to Distribute and Distribute Methamphetamine; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Possession With Intent to Distribute and Distribution of Methamphetamine; 21 U.S.C. §§ 841(a), (b)(1)(C): Possession With Intent to Distribute Cocaine] |
| SALBADOR BANUELOS, aka "Big Sal," "Sal," FERNANDO ALEJANDRO URIBE, and aka "Ferny," "Fernie," "Ferni," "Ferns," "Fern," JAIRO JOSUE ALBA, | |
| Defendants. | |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. § 846]

[ALL DEFENDANTS]

A.  OBJECTS OF THE CONSPIRACY

Beginning on an unknown date, and continuing until on or about August 20, 2019, in San Bernardino County, within the Central District of California, and elsewhere, defendants SALBADOR BANUELOS,

also known as ("aka") "Big Sal" and "Sal," FERNANDO ALEJANDRO URIBE, aka "Ferny," Fernie," "Ferni," "Ferns," and "Fern," and JAIRO JOSUE ALBA conspired with each other, Eric Jovanny Silva, and others known and unknown to the Grand Jury to knowingly and intentionally possess with intent to distribute, and to distribute, at least 50 grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii).

B.  MANNER AND MEANS OF THE CONSPIRACY

The objects of the conspiracy were to be accomplished, in substance, as follows:

1.  Defendant BANUELOS would acquire methamphetamine for further distribution.

2.  Defendant URIBE and Silva would arrange methamphetamine sales with potential drug customers.

3.  Defendant URIBE would assist with the preparation of methamphetamine supplied by defendant BANUELOS.

4.  Defendant ALBA, defendant URIBE, Silva, and others, would deliver methamphetamine to drug customers.

C.  OVERT ACTS

In furtherance of the conspiracy and to accomplish its objects, on or about the following dates defendants BANUELOS, URIBE, and ALBA, and others known and unknown to the Grand Jury, committed various overt acts in San Bernardino County, within the Central District of California, and elsewhere, including, but not limited to, the following:

Overt Act No. 1:   On or about July 23, 2019, Silva arranged with a person who he believed to be a drug customer, but who was actually a confidential informant working with law enforcement, to

sell approximately one pound of methamphetamine to the confidential informant.

<u>Overt Act No. 2</u>:   On or about July 24, 2019, Silva met with the confidential informant and accepted $1,600 from the confidential informant.

<u>Overt Act No. 3</u>:   On or about July 24, 2019, in Bloomington, California, defendant URIBE gave Silva approximately 434.4 grams of methamphetamine.

<u>Overt Act No. 4</u>:   On or about July 24, 2019, Silva and other co-conspirators delivered approximately 434.4 grams of methamphetamine to the confidential informant.

<u>Overt Act No. 5</u>:   On or about August 13, 2019, Silva arranged with the confidential informant to sell approximately two pounds of methamphetamine to the confidential informant.

<u>Overt Act No. 6</u>:   On or about August 16, 2019, Silva met with the confidential informant and accepted $3,000 from the confidential informant.

<u>Overt Act No. 7</u>:   On or about August 16, 2019, defendant BANUELOS sent a text message to Silva with a different address in Bloomington, California to be the location for the delivery of two pounds of methamphetamine.

<u>Overt Act No. 8</u>:   On or about August 16, 2019, at the address sent to Silva by defendant BANUELOS, defendant BANUELOS gave Silva approximately 748.7 grams of methamphetamine.

<u>Overt Act No. 9</u>:   On or about August 16, 2019, defendant ALBA, and other co-conspirators, working at Silva's direction, delivered approximately 748.7 grams of methamphetamine to the confidential informant.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2]

[DEFENDANTS BANUELOS AND URIBE]

On or about July 24, 2019, in San Bernardino County, within the Central District of California, defendants SALBADOR BANUELOS, aka "Big Sal" and "Sal," and FERNANDO ALEJANDRO URIBE, aka "Ferny," "Fernie," "Ferni," "Ferns," and "Fern," each aiding and abetting the other, knowingly and intentionally distributed, and willfully caused to be distributed, at least 50 grams, that is, approximately 434.4 grams, of methamphetamine, a Schedule II controlled substance.

COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2]

[DEFENDANTS BANUELOS AND ALBA]

On or about August 16, 2019, in San Bernardino County, within the Central District of California, defendants SALBADOR BANUELOS, aka "Big Sal" and "Sal," and JAIRO JOSUE ALBA, each aiding and abetting the other, knowingly and intentionally distributed, and willfully caused to be distributed, at least 50 grams, that is, approximately 748.7 grams, of methamphetamine, a Schedule II controlled substance.

COUNT FOUR

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

[DEFENDANT URIBE]

On or about August 20, 2019, in San Bernardino County, within the Central District of California, defendant FERNANDO ALEJANDRO URIBE, aka "Ferny," Fernie," "Ferni," "Ferns," and "Fern," knowingly and intentionally possessed with intent to distribute at least 50 grams, that is, approximately 319.1 grams, of methamphetamine, a Schedule II controlled substance.

COUNT FIVE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

[DEFENDANT URIBE]

On or about August 20, 2019, in San Bernardino County, within the Central District of California, defendant FERNANDO ALEJANDRO URIBE, aka "Ferny," Fernie," "Ferni," "Ferns," and "Fern," knowingly and intentionally possessed with intent to distribute cocaine, a Schedule II narcotic drug controlled substance.

A TRUE BILL

/s/

Foreperson

NICOLA T. HANNA
United States Attorney

*Brandon Fox*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

JOSEPH B. WIDMAN
Assistant United States Attorney
Chief, Riverside Branch Office

ELI A. ALCARAZ
Assistant United States Attorney
Riverside Branch Office