# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

| Case No. | EDCR20-00151-JGB-3 | | Date | August 4, 2023 |
|---|---|---|---|---|

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

Interpreter    n/a

| Maynor Galvez/Rachel Maurice | Phyllis A. Preston | Eli Alcaraz/Courtney Williams |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jairo Josue Alba | X | | X | David J. Kaloyanides | X | X | |

_____ Day <u>COURT TRIAL</u>          4th   Day <u>JURY TRIAL</u>                    _____ Death Penalty Phase

_____ One day trial;     Begun (1st day);     _____ Held & continued;   X   Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made _____

_____ Witnesses called, sworn and testified.

_____ Exhibits identified          _____ Exhibits admitted

_____ Government rests.          _____ Defendant(s) _____ rest.

_____ Motion for mistrial by _____  _____ is  _____ granted  _____ denied  _____ submitted

_____    Motion for judgment of acquittal (FRCrP 29)  _____ is  _____ granted  _____ denied  _____ submitted

  X   Closing arguments made   X   Court instructs jury    X   Bailiff sworn

_____ Clerk reviewed  admitted   exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

  X   Alternates excused    X   Jury retires to deliberate          _____ Jury resumes deliberations

_____ Finding by Court as follows:          X   Jury Verdict as follows:

Dft # _____   _____ Guilty on count(s)          X   Not Guilty on count(s)    1 and 2

  X   Jury polled          _____ Polling waived

  X   Filed Witness & Exhibit lists    X   Filed Jury notes   X   Filed Jury Instructions    X   Filed Jury Verdict

_____ Dft # _____   Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

  X   Bond exonerated as to Dft #    3

_____ Case continued to _____ for further trial/further jury deliberation.

_____ Other:

_____

                                                     2    :    30

                    Initials of Deputy Clerk _____ mg/ram